IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THEODORE BAKER,

    Plaintiff,

v.

COUNTY OF LANCASTER and PSP OFFICER
PHILLIP T. MATSON,

    Defendants.

CIVIL ACTION
NO. 15-6415

## ORDER

**AND NOW**, this 3rd day of November, 2016, upon review of the Motion to Dismiss of Defendant Matson (Docket No. 12), the Motion to Dismiss of Defendant County of Lancaster (Docket No. 15), Plaintiff's "Motion to Proceed to Trial" and all accompanying exhibits (Docket No. 17) and the response in opposition to Plaintiff's "Motion to Proceed to Trial" filed by Defendant Matson, it is hereby **ORDERED** as follows:

1. Plaintiff's "Motion to Proceed to Trial" (Docket No. 17) is **GRANTED** only to the extent it is intended to serve as a response to the pending Motions to Dismiss. Plaintiff's request to proceed to trial is **DENIED**;

2. The Motion to Dismiss of Defendant PSP Officer Phillip T. Matson (Docket No. 12) is **GRANTED**;

3. The Motion to Dismiss of Defendant County of Lancaster (Docket No. 15) is **GRANTED**;

4. Plaintiff's Complaint is dismissed with prejudice; and

5. The Clerk shall mark this matter closed.

            BY THE COURT:

            **/s/ Jeffrey L. Schmehl**
            **Jeffrey L. Schmehl, J.**